

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                01-14-00455-CV

Style:                Phillippe Tanguy, 13500 Air Express, LLC and 13500 Air Express, LP

                **v** William G. West, as Chapter 7 Trustee of Richard Davis, Debtor

Date motion filed[*]:                April 13, 2015

Type of motion:                Motion to Strike Purported Appearance of Receiver Eva Engelhart as a Party to Appeal for Lack of Standing; Motion to Disqualify Receiver Due to Bias

Party filing motion:                Appellant

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:
        Original due date:
        Number of prior extensions:                Current Due date:
        Date Requested:

Ordered that motion is:

☐        Granted

        If document is to be filed, document due:

        ☐        The Court will not grant additional motions to extend time

☒        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

_____

_____

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                ☒ Acting individually        ☐ Acting for the Court
Panel consists of _____
Date:  April 30, 2015

November 7, 2008 Revision